IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS,<br>　　　　　Plaintiff,<br><br>v.<br><br>HARVEY LEELANE SEARCY,<br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:15-CV-2669-P-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that that this action is **REMANDED** sua sponte to the Ellis County Court at Law No. 2. *See* 28 U.S.C. § 1455(b)(4). The clerk of court shall effect the remand according to the usual procedure.

SO ORDERED this 16th day of December, 2015.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE